UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAMUEL K. MCDONOUGH,

                Petitioner,

   v.

STATE OF WASHINGTON,

                Respondent.

CASE NO. C19-1501-MJP-BAT

**REPORT AND RECOMMENDATION**

On September 18, 2019, petitioner Samuel K. McDonough, submitted a *pro se*, habeas corpus petition pursuant to 28 U.S.C. § 2254 and an *in forma pauperis* ("IFP") application. Dkt. 1. By letter dated September 19, 2019, the Clerk informed petitioner that his IFP application was deficient in that the "certification" section on page two of the IFP was incomplete and petitioner had not submitted a certified copy of his prison trust account statement showing transactions for the last 6 months. Dkt. 3. The Clerk informed petitioner that failure to cure these deficiencies by October 21, 2019 may result in dismissal of the case. Dkt. 3. On October 8, 2019, petitioner submitted a copy of his prison trust account statement but failed to submit a completed "certification" section of the IFP form. Dkt. 4. The Clerk sent petitioner a letter on October 9, 2019 informing him the IFP application was still deficient. Dkt. 5. The Clerk informed petitioner that the financial officer at his facility must complete the "certification" section on page two of

REPORT AND RECOMMENDATION - 1

1  the IFP and that petitioner had until November 8, 2019, to cure the deficiency or the case may be
2  dismissed. *Id.*
3  Petitioner has not responded to the Clerk's letter to cure the deficiencies in his IFP
4  application. The Court thus recommends **(1)** petitioner's application to proceed IFP be denied;
5  **(2)** petitioner either pay the $5.00 filing fee or submit a sufficient IFP application by **November**
6  **27, 2019**; and **(3)** if he fails to pay the fee or submit a sufficient application by this date the case
7  be dismissed without prejudice.
8  A proposed order is attached. Objections, if any, to this Report and Recommendation
9  must be filed no later than **November 27, 2019,** and the clerk shall note the matter ready for the
10  Court's consideration on **November 29, 2019**. Objections shall not exceed five (5) pages. The
11  failure to timely object may affect the right to appeal. The Clerk shall send a copy of this Order
12  to plaintiff.
13  DATED this 13th day of November, 2019.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2