UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMUEL K MCDONOUGH,<br><br>                Petitioner,<br><br>    v.<br><br>STATE OF WASHINGTON,<br><br>                Respondent. | CASE NO. C19-1501-MJP-BAT<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, **ORDERS**:

(1)    The Court adopts the Report and Recommendation.

(2)    The petition is DISMISSED WITHOUT PREJUDICE.

(3)    The Clerk shall provide a copy of this Order to petitioner.

DATED this 11th day of December, 2019.

*Marsha J. Pechman*
Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL - 1